IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES E. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-0662 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| HON. JOHN M. McHUGH, Secretary, | ) | |
| Department of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 21) is **GRANTED in part** and **DENIED in part.** Plaintiff's claims of discriminatory promotions, training and job assignment are **DISMISSED with prejudice** as untimely. Plaintiff's claims of retaliation shall proceed to discovery.

It is so **ORDERED**.

**Entered** this the 25th day of February, 2014.

William J. Haynes, Jr.
Chief United States District Judge